**Order entered October 26, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00517-CR

**ERBIE BOWSER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-00688-CR**

## ORDER

Before the Court is the October 23, 2017 motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before December 20, 2017.

/s/     ADA BROWN
JUSTICE